```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :
                                     :
                -v-                  :      16cr273 (DLC)
                                     :
KENYATTA FURS,                       :
                                     :         ORDER
                Defendant.           :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

    Kenyatta Furs has moved for reconsideration of this Court's May 13, 2021 Order denying his motion for compassionate release made pursuant to 18 U.S.C. § 3582(c)(1)(a).  As a basis for reconsideration, he argues that his asthma and his history of contracting COVID-19 constitute an extraordinary and compelling circumstance warranting compassionate release.  But Furs' motion for compassionate release addressed these medical issues, and the May 13, 2021 Order concluded that they did not constitute extraordinary and compelling circumstances warranting compassionate release and that even if they did, the relevant sentencing factors would weigh against his release.  His motion for reconsideration presents no new information calling those conclusions into question.

    Furs' motion also emphasizes his institutional record.  To the extent that this material was not included with his initial motion, it is untimely.  In any event, his institutional record,

while commendable, does not alter this Court's weighing of the 18 U.S.C. § 3553(a) sentencing factors.  Accordingly, it is hereby

ORDERED that Furs' motion for reconsideration is denied.

IT IS FURTHER ORDERED that the Clerk of Court shall mail Furs a copy of this Order and note mailing on the docket.

Dated:    New York, New York
          August 20, 2021

                                        _____
                                              DENISE COTE
                                        United States District Judge